Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
        dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF CC TECHNOLOGY CORPORATION'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1 AND DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

The undersigned attorney of record for Plaintiff CC Technology Corporation certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1)      Plaintiff CC Technology Corporation ("CCTC"), a Colorado corporation; and

2)      Cannatrac Financial Corp., a Canadian corporation which is the parent company of CCTC.

1

Pursuant to Fed. R. Civ. P. 7.1(a)(2), CCTC is a citizen of the State of Colorado, as it is incorporated in that state.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated this 30th day of October, 2025.

SKLAR WILLIAMS PLLC

/s/ David B. Barney_____
Stephen R. Hackett, Esq.
Nevada Bar No. 5010
David B. Barney, Esq.
Nevada Bar No. 14681
410 South Rampart Blvd, Suite 350
Las Vegas, NV 89145
*Attorneys for Plaintiff*
*CC Technology Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of October, 2025, a true and correct copy of the above and foregoing **PLAINTIFF CC TECHNOLOGY CORPORATION'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1 AND DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** was filed electronically with the Clerk of the Court by submission to the electronic filing and service system (CM/ECF) at the United States District Court, District of Nevada.  CM/ECF will provide copies to all parties and counsel of record registered to receive CM/ECF notification.

 */s/ Amanda Brandon*
An employee of Sklar Williams PLLC