AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| CC TECHNOLOGY CORPORATION,<br><br><br>*Plaintiff(s)*<br>v.<br><br>SHIVA PRAKASH, et al<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  2:25-cv-02123-JAD-BNW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SHIVA PRAKASH
7909 Bridge Gate Drive
Las Vegas, NV 89128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SKLAR WILLIAMS PLLC
Stephen R. Hackett, Esq.
David B. Barney, Esq.
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

CLERK

*(By)* DEPUTY CLERK

DATE   10/30/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Nevada

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, <br><br><br><br>*Plaintiff(s)*<br><br>v.<br><br>SHIVA PRAKASH,  et al<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   2:25-cv-02123-JAD-BNW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> HANNAH DAWN PRAKASH
> 7909 Bridge Gate Drive
> Las Vegas, NV 89128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SKLAR WILLIAMS PLLC
> Stephen R. Hackett, Esq.
> David B. Barney, Esq.
> 410 South Rampart Boulevard, Suite 350
> Las Vegas, Nevada 89145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

CLERK

*(By)* DEPUTY CLERK

DATE    10/30/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| CC TECHNOLOGY CORPORATION, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.   2:25-cv-02123-JAD-BNW |
| SHIVA PRAKASH, et al | ) ) | |
| | ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> SHIVAHI PRAKASH
> 7909 Bridge Gate Drive
> Las Vegas, NV 89128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SKLAR WILLIAMS PLLC
> Stephen R. Hackett, Esq.
> David B. Barney, Esq.
> 410 South Rampart Boulevard, Suite 350
> Las Vegas, Nevada 89145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

CLERK

(By) DEPUTY CLERK

10/30/2025

DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| CC TECHNOLOGY CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  2:25-cv-02123-JAD-BNW |
| SHIVA PRAKASH, et al | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

VIKHYAT PRAKASH
7909 Bridge Gate Drive
Las Vegas, NV 89128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SKLAR WILLIAMS PLLC
Stephen R. Hackett, Esq.
David B. Barney, Esq.
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

**CLERK**

**(By) DEPUTY CLERK**

10/30/2025

**DATE**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| CC TECHNOLOGY CORPORATION, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.  2:25-cv-02123-JAD-BNW |
| SHIVA PRAKASH, et al | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> DGITK LLC
> 2251 N. Rampart Blvd, Ste. 325
> Las Vegas, NV 89128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SKLAR WILLIAMS PLLC
> Stephen R. Hackett, Esq.
> David B. Barney, Esq.
> 410 South Rampart Boulevard, Suite 350
> Las Vegas, Nevada 89145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

CLERK

*(By)* DEPUTY CLERK

10/30/2025

DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| SHIVA PRAKASH, et al | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   2:25-cv-02123-JAD-BNW

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        JAMES CHRISMAN, P.C.
        8924 Spanish Ridge Ave.
        Las Vegas, NV 89136

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        SKLAR WILLIAMS PLLC
        Stephen R. Hackett, Esq.
        David B. Barney, Esq.
        410 South Rampart Boulevard, Suite 350
        Las Vegas, Nevada 89145

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

**CLERK**

*(By)* **DEPUTY CLERK**

DATE    10/30/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| CC TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:25-cv-02123-JAD-BNW |
| | ) | |
| SHIVA PRAKASH, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> JAMES P. CHRISMAN
> 8924 Spanish Ridge Ave.
> Las Vegas, NV 89136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SKLAR WILLIAMS PLLC
> Stephen R. Hackett, Esq.
> David B. Barney, Esq.
> 410 South Rampart Boulevard, Suite 350
> Las Vegas, Nevada 89145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

CLERK

*(By) DEPUTY CLERK*

10/30/2025

DATE