Shiva Prakash, Pro Se
2251 N. Rampart Blvd, Suite 325
Las Vegas, NV 89128
Email: shiva1863@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, A COLORADO CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>SHIVA PRAKASH, AN INDIVIDUAL; HANNAH DAWN PRAKASH, IN AN INDIVIDUAL CAPACITY AND AS TRUSTEE OF CAPITAL PURE ASSETS, LTD, A DISSOLVED NEVADA LIMITED LIABILITY COMPANY; SHIVAHI PRAKASH, AS TRUSTEE OF CAPITAL PURE ASSETS, LTD, A DISSOLVED NEVADA LIMITED LIABILITY COMPANY; VIKHYAT PRAKASH, AN INDIVIDUAL; DGITK LLC, A DELAWARE LIMITED LIABILITY COMPANY; JAMES CHRISMAN, P.C., A NEVADA PROFESSIONAL CORPORATION; JAMES P. CHRISMAN, AN INDIVIDUAL; DOES I THROUGH 10, INCLUSIVE; AND ROE ENTITIES I THROUGH X, INCLUSIVE,,<br><br>        Defendant | Case No.: 2:25-cv-02123-JAD-BNW<br><br><br>**REQUEST FOR CM/ECF ACCESS BY PRO SE LITIGANT** |

**I, the undersigned, hereby request permission to use the Court's Case Management and Electronic Case Filing System (CM ECF) as a pro se litigant.**

I confirm that:

1.  I have reviewed and understand the District of Nevada's CM ECF Procedures.
2.  I understand that once the Court approves this application, I will receive electronic notice of filings and such notice constitutes service under Federal Rule of Civil Procedure 5.
3.  I understand I must keep my email address updated in PACER and monitor it regularly for notices of electronic filings.
4.  I understand I must follow all CM ECF rules, and misuse may result in revocation of filing privileges.
5.  I understand that once access is granted, I must file all future documents electronically unless the Court orders otherwise.

REQUEST FOR CM/ECF ACCESS BY PRO SE LITIGANT - 1

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 18 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

Dated this 18th day of November, 2025.

Shiva Prakash, Pro Se
2251 N. Rampart Blvd, Suite 325
Las Vegas, NV 89128
Email: shiva 1863@gmail.com

REQUEST FOR CM/ECF ACCESS BY PRO SE LITIGANT - 2