1  Shivahi Prakash, Pro Se
2  2251 N. Rampart Blvd, Suite 325
   Las Vegas, NV 89128
3  Email: theprakashfamilylv@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, A COLORADO CORPORATION, | Case No.: 2:25-cv-02123-JAD-BNW |
| Plaintiff, | |
| vs. | **REQUEST FOR CM/ECF ACCESS BY PRO SE LITIGANT** |
| SHIVA PRAKASH, AN INDIVIDUAL; HANNAH DAWN PRAKASH, IN AN INDIVIDUAL CAPACITY AND AS TRUSTEE OF CAPITAL PURE ASSETS, LTD, A DISSOLVED NEVADA LIMITED LIABILITY COMPANY; SHIVAHI PRAKASH, AS TRUSTEE OF CAPITAL PURE ASSETS, LTD, A DISSOLVED NEVADA LIMITED LIABILITY COMPANY; VIKHYAT PRAKASH, AN INDIVIDUAL; DGITK LLC, A DELAWARE LIMITED LIABILITY COMPANY; JAMES CHRISMAN, P.C., A NEVADA PROFESSIONAL CORPORATION; JAMES P. CHRISMAN, AN INDIVIDUAL; DOES I THROUGH 10, INCLUSIVE; AND ROE ENTITIES I THROUGH X, INCLUSIVE, | |
| Defendant | |

**I, the undersigned, hereby request permission to use the Court's Case Management and Electronic Case Filing System (CM ECF) as a pro se litigant.**

I confirm that:

1. I have reviewed and understand the District of Nevada's CM ECF Procedures.
2. I understand that once the Court approves this application, I will receive electronic notice of filings and such notice constitutes service under Federal Rule of Civil Procedure 5.
3. I understand I must keep my email address updated in PACER and monitor it regularly for notices of electronic filings.
4. I understand I must follow all CM ECF rules, and misuse may result in revocation of filing privileges.
5. I understand that once access is granted, I must file all future documents electronically unless the Court orders otherwise.

REQUEST FOR CM/ECF ACCESS BY PRO SE LITIGANT - 1

1

Dated this 23rd day of December, 2025.

2

3

*[signature]*

4

2251 N. Rampart Blvd, Suite 325
Las Vegas, NV 89128
Email: theprakashfamilylv@gmail.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR CM/ECF ACCESS BY PRO SE LITIGANT - 2