Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: shackett@sklar-law.com
        dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>       Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>       Defendants. | Case No. 2:25-cv-02123-JAD-BNW<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

     Plaintiff CC Technology Corporation, by and through its attorneys, the law firm of Sklar Williams PLLC, hereby requests that the Clerk of Court enter the Default of Defendants DGITK LLC, JAMES CHRISMAN, P.C., and JAMES P. CHRISMAN attached hereto as **Exhibit 1**.

     This Request is made and based upon Federal Rule of Civil Procedure 55(a), the following Declaration of Counsel, the exhibits attached hereto, and all of the papers and pleadings on file in

this action.

Dated this 2nd day of January, 2026.

SKLAR WILLIAMS PLLC

*/s/ David B. Barney*_____
Stephen R. Hackett, Esq.
Nevada Bar No. 5010
David B. Barney, Esq.
Nevada Bar No. 14681
410 South Rampart Blvd, Suite 350
Las Vegas, NV 89145
*Attorneys for Plaintiff*
*CC Technology Corporation*

## DECLARATION OF COUNSEL IN SUPPORT OF
## REQUEST FOR ENTRY OF DEFAULT

I, David B. Barney, Esq., declare as follows:

1.  I am an attorney duly licensed to practice law in the State of Nevada, and I am counsel of record for the Plaintiff, CC Technology Corporation ("CCTC"), in the above-captioned matter.

2.  I make this Declaration in accordance with Fed. R. Civ. P. 55(a), and in support of CCTC's Request for Entry of Default ("Request").  This Declaration is based upon my own personal knowledge, and if called upon to testify to the facts set forth herein, I could and would competently do so.

3.  On October 30, 2025, CCTC filed its Complaint in this matter (ECF No. 1; the "Complaint").

4.  Also on October 30, 2025, the Clerk of Court issued Summonses for each of the Defendants in this matter, including, as relevant here, DGITK LLC, James Chrisman, P.C., and James P. Chrisman (ECF No. 3).

5.  I caused to be delivered copies of the Complaint and Summonses for all Defendants to a licensed process server, Susan Kruse, to effectuate service.  Attached as **Exhibit 2** to this Request are true and correct copies of the Proof of Service Ms. Kruse executed under penalty of perjury with respect to her service of the Complaint and Summonses for each DGITK LLC, James Chrisman, P.C., and James P. Chrisman.  Based on Ms. Kruse's declarations, each of these Defendants was served on November 5, 2025.

6.  As of the date of this Declaration, more than twenty-one (21) days have passed since the Complaint and Summonses were served on Defendants DGITK LLC, James Chrisman, P.C., and James P. Chrisman, and each of them has failed to plead or otherwise defend against this action as required by the issued Summonses and the Federal Rules of Civil Procedure.

7.  Upon information and belief, Defendant James P. Chrisman is over the age of eighteen years old and is not incompetent.

/ / /

8.      In light of the above, I respectfully request that the Clerk of Court enter the Default of Defendants DGITK LLC, James Chrisman, P.C., and James P. Chrisman attached to the Request as Exhibit 1, pursuant to Fed. R. Civ. P. 55(a).

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed this 2nd day of January, 2026.

                                     */s/ David B. Barney*
                                     David B. Barney, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the 2nd day of January, 2026, a true and correct copy of the above and foregoing **REQUEST FOR ENTRY OF DEFAULT** was filed electronically with the Clerk of the Court by submission to the electronic filing and service system (CM/ECF) at the United States District Court, District of Nevada.  CM/ECF will provide copies to all parties and counsel of record registered to receive CM/ECF notification.

 */s/ David B. Barney*
An employee of Sklar Williams PLLC

### INDEX OF EXHIBITS

1        Form of Default

2        Proof of Service