# EXHIBIT 1

Form of Default

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| ) | |
| ) | |
| Plaintiff(s),          ) | |
| ) | |
| v.                              ) | Case No.:_____ |
| ) | |
| )  **DEFAULT** | |
| ) | |
| Defendant(s).       ) | |
| ) | |

      It appearing from the records in the above-entitled action that Summons issued on the _____ Complaint _____
<br>(Original, Amended, etc)              (Date Complaint was filed)

_____

has been regularly served upon each of the Defendants hereinafter named; and it

appearing from the affidavit of counsel or Plaintiff and the records herein that each of

said Defendants has failed to plead or otherwise defend in said action as required by said

Summons and provided by the Federal Rules of Civil Procedure,

      Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of

each of the following Defendants _____

_____

_____

in the above-entitled action is hereby entered.

DATED: _____            DEBRA K. KEMPI, CLERK


                                   By: _____
                                        Deputy Clerk