# EXHIBIT 2

Proof of Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Case 2:25-cv-02123-JAD-BNW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DGITK LLC
was received by me on *(date)* 11/04/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* HANNAH DAWN PRAKASH , a person of suitable age and discretion who resides there, on *(date)* 11/05/2025 , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* HANNAH DAWN PRAKASH , who is designated by law to accept service of process on behalf of *(name of organization)* DGITK LLC
7909 BRIDGE GATE LAS VEGAS NV 89128  on *(date)* 11/05/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/05/2025

*Server's signature*

Susan Kruse - PILB NV LIC 1469
*Printed name and title*

Vegas Pro Serv
848 N Rainbow Blvd. #5372
Las Vegas, NV 89107 - 702526-0411
*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTSI: SUMMONS IN A CIVIL ACTION - COMPLAINT
SERVED AT: 7909 BRIDGE GATE LAS VEGAS, NV 89128

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Case 2:25-cv-02123-JAD-BNW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JAMES CHRISMAN P.C.

was received by me on *(date)* 11/04/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* JAMES CHRISMAN , who is designated by law to accept service of process on behalf of *(name of organization)* JAMES CHRISMAN P.C. 7121 EVERLY COURT LAS VEGAS, NV 89131 on *(date)* 11/05/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/05/2025

*Server's signature*

Susan Kruse - PILB NV LIC 1469
*Printed name and title*

Vegas Pro Serv
848 N Rainbow Blvd. #5372
Las Vegas, NV 89107 - 702526-0411
*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTSI: SUMMONS IN A CIVIL ACTION - COMPLAINT
SERVED AT: RESIDENCE 7121 EVERLY COURT LAS VEGAS NV 89131

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Case 2:25-cv-02123-JAD-BNW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JAMES CHRISMAN
was received by me on *(date)* 11/04/2025.

☑ I personally served the summons on the individual at *(place)*
7121 EVERLY COURT LAS VEGAS, NV 89131    on *(date)* 11/05/2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/05/2025

*Server's signature*

Susan Kruse - PILB NV LIC 1469
*Printed name and title*

Vegas Pro Serv
848 N Rainbow Blvd. #5372
Las Vegas, NV 89107 - 702526-0411
*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTSI: SUMMONS IN A CIVIL ACTION - COMPLAINT
SERVED AT: RESIDENCE 7121 EVERLY COURT LAS VEGAS NV 89131