BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bkt@thorndal.com
Attorneys for Defendant,
DGITK LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>                    Plaintiff,<br>vs.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>                    Defendants. | CASE NO. 2:25-cv-02123-JAD-BNW<br><br>DEFENDANT DGITK LLC'S CERTIFICATE OF INTERESTED PARTIES |

/ / /

/ / /

-1-

**DEFENDANT DGITK LLC'S CERTIFICATE OF INTERESTED PARTIES**

COME NOW, defendant, DGITK LLC, by and through its respective counsel of record, Thorndal Armstrong, PC and pursuant to local rule 7.1-1 state as follows:

Please take notice that the undersigned counsel of record for defendant hereby certifies that the following entity has an interest in the outcome of the case:

DGITK LLC, a Delaware limited liability company.

Defendant herein certifies that there are no known interested parties other than those presently named in this case.

This representation is made to enable the judge of the court to evaluate possible disqualification or recusal.

DATED this 15th day of January, 2026.

THORNDAL ARMSTRONG, PC

_____
Brian K. Terry, Esq.
Nevada Bar No. 3171
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
DGITK LLC

-2-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 15th day of January, 2026, a true and correct copy of the foregoing **DEFENDANT DGITK LLC'S CERTIFICATE OF INTERESTED PARTIES** was filed electronically with the Clerk of the Court by submission to the electronic filing and service system (CM/ECF) at the United States District Court, District of Nevada. CM/ECF will provide copies to all parties and counsel of record registered to receive CM/ECF notification.

_____
An employee of THORNDAL ARMSTRONG, PC