Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
         dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-02123-JAD-BNW<br><br><br>**STIPULATION AND ORDER SETTING ASIDE DEFAULT OF DEFENDANTS JAMES P. CHRISMAN AND JAMES CHRISMAN, P.C.** |

Plaintiff CC Technology Corporation ("CCTC"), and Defendants James P. Chrisman and James Chrisman, P.C. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.　CCTC filed its Complaint in this matter (ECF No. 1) on October 30, 2025.

2.　Defendants were served with Summonses and a copy of the Complaint on November 4, 2025.  ECF No. 33-2, at 3-4.

1

3.    On January 2, 2026, CCTC filed a Request for Entry of Default (ECF No. 33) requesting, among other things, that the Clerk of Court enter the Default of Defendants.

4.    On January 16, 2026, Defendants filed an Answer to CCTC's Complaint (ECF No. 37).

5.    The same day, the Clerk of Court entered the Default of Defendants (ECF No. 36).

6.    The parties have agreed, in light of Defendants filing an Answer, that the Default of Defendants should be set aside, to allow the parties to litigate this matter in the ordinary course, with Defendants' Answer being effective for all purposes as of the date of its filing.

**IT IS SO STIPULATED**.

Dated this 21st day of January, 2026.         Dated this 21st day of January, 2026.

SKLAR WILLIAMS PLLC                   JAMES CHRISMAN, PC

*/s/ David B. Barney*

Stephen R. Hackett, Esq.
Nevada Bar No. 5010
David B. Barney, Esq.
Nevada Bar No. 14681
410 South Rampart Blvd, Suite 350
Las Vegas, NV 89145
*Attorneys for Plaintiff*
*CC Technology Corporation*

James P. Chrisman, Esq.
Nevada Bar No. 2676
P.O. Box 750939
Las Vegas, NV 89136
*Attorneys for Defendants*
*James P. Chrisman and James Chrisman, P.C.*

**IT IS SO ORDERED**.

UNITED STATES DISTRICT JUDGE

Date:        1/26/2026

2