Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
         dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25:cv-02123-JAD-BNW<br><br>**SUPPLEMENTAL JOINT CONFERENCE REPORT UNDER RULE 26(f) AND AMENDED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED**<br><br>**(First Requested Extension of Discovery)** |

Plaintiff CC Technology Corporation and Defendants DGITK LLC, James Chrisman, P.C., and James P. Chrisman, by and through their respective counsel of record, and *pro se* Defendants Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, and Shivahi Prakash, respectfully submit this Supplemental Joint Conference Report under Rule 26(f) and Amended Stipulated Discovery Plan and Scheduling Order.

1

In accordance with Fed. R. Civ. P. 26(f) and LR 26-1, Joseph P. Waldman, Esq., on behalf of Plaintiff, and Defendants Shiva Prakash, Hannah Dawn Prakash, Vikhyat Prakash, and Shivahi Prakash convened over a conference call on December 22, 2025. During the conference, the parties discussed the matters required under Fed. R. Civ. P. 26(f), and they submitted a Joint Conference Report under Rule 26(f) and Stipulated Discovery Plan and Scheduling Order on December 24, 2025 (ECF No. 23; hereinafter, the "First Scheduling Order"). The Court adopted the First Scheduling Order on December 29, 2025. ECF No. 28.

Since the time the First Scheduling Order was adopted and entered by the Court, Defendants DGITK LLC, James P. Chrisman, and James Chrisman, P.C. made their first appearances in this lawsuit. ECF Nos. 34, 37. Upon DGITK LLC's request for a supplemental Rule 26(f) conference after its initial appearance, the parties convened telephonically for a supplemental Rule 26(f) conference on January 29, 2026. The parties respectfully submit this Supplemental Joint Conference Report under Rule 26(f) and Amended Stipulated Discovery Plan and Scheduling Order (the "Amended Plan") as a result of the supplemental Rule 26(f) conference.

1.    Requirements under LR 26-3.

a.    As of the date this Amended Plan is being submitted, Plaintiff CC Technology Corporation ("CCTC") has served its Initial Disclosures pursuant to Rule 26(a)(1). CCTC has also served its First Sets of Requests for Admission, Requests for Production of Documents, and Interrogatories on the following Defendants: (i) Shiva Prakash, (ii) Hannah Dawn Prakash, (iii) Vikhyat Prakash, and (iv) James P. Chrisman, all of which are pending.

b.    The parties still need to serve additional written discovery, take party depositions, and issue third-party subpoenas for documents and testimony as may be necessary. Initial Disclosures must also be served by all parties other than CCTC.

c.    An extension of discovery is being sought based on the recent appearances of Defendants DGITK LLC, James P. Chrisman, and James Chrisman, P.C. Those parties made their first appearances between January 15 and 16, 2026, and the parties have agreed to extend the current discovery deadlines, such that Defendants DGITK LLC, James P. Chrisman, and James Chrisman, P.C. would have the full ordinary timeline for discovery, of 180 days after their answers

2

were filed.  Without the extension, those Defendants have a limited ability to get up to speed and conduct discovery before the current deadlines, including a deadline to amend pleadings or add parties in less than two weeks, and a deadline to disclose initial expert witnesses approximately one month after that.  Based on the timing of these Defendants' appearances, the parties respectfully submit that good cause exists for the requested extension.  Good cause also exists even though the next deadline to be extended is less than twenty-one (21) days away, because the timing of Defendants' appearances and the ability of counsel to confer on these issues pushed the conference and the filing of this Amended Plan past the 21-day deadline.  This is the parties' first request for an extension of the discovery deadlines.

2.    The parties agree to the following Amended Scheduling Order:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Discovery Cut-Off Date | May 13, 2026<br><br>(Defendant Shiva Prakash was the first Defendant to appear and filed his Motion to Dismiss (ECF No. 4) on November 14, 2025.  The Discovery Cut-Off date is 180 days from that date) | **July 15, 2026**<br><br>(Defendants James P. Chrisman and James Chrisman, P.C. filed their Answer (ECF No. 37) on January 16, 2026.  The Discovery Cut-Off date is 180 days from that date) |
| Amending Pleadings and Adding Parties | February 12, 2026<br><br>(90 days before Discovery Cut-Off Date) | **April 16, 2026**<br><br>(90 days before Discovery Cut-Off Date) |
| Initial Expert Disclosures | March 16, 2026 (next judicial day)<br><br>(60 days before Discovery Cut-Off Date) | **May 18, 2026 (next judicial day)**<br><br>(60 days before Discovery Cut-Off Date) |
| Rebuttal Expert Disclosures | April 15, 2026<br><br>(30 days after the Initial Expert Disclosures) | **June 17, 2026**<br><br>(30 days after the Initial Expert Disclosures) |
| Dispositive Motion Deadline | June 12, 2026<br><br>(30 days after Discovery Cut-off date) | **August 14, 2026**<br><br>(30 days after Discovery Cut-off date) |
| Pretrial Order | July 13, 2026 (next judicial day) | **September 13, 2026 (next judicial day)** |

3

| Event | Current Date | Proposed Date |
|---|---|---|
|  | (30 days after the Dispositive Motion Deadline unless dispositive motions are filed, in which case the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order) | (30 days after the Dispositive Motion Deadline unless dispositive motions are filed, in which case the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order) |

The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections to them, must be included in the joint pretrial order.  LR 26-1(b)(6).

3.      With regard to alternative dispute resolution processes, including arbitration and mediation, the parties do not believe arbitration or mediation is appropriate at this time, but remain willing to discuss the possibility throughout the duration of litigation.  LR 26-1(b)(7).

4.      Consent to Trial by a Magistrate Judge.  With regard to trial by a magistrate judge, the parties do not consent to trial by Magistrate Judge in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 73.  The parties also do not consent to the use of the Short Trial Program (General Order 2013-01).  LR 26-1(b)(8).

5.      The parties agree to and propose the following Discovery Plan:

a.      The parties do not need any changes in timing, form, or requirements for initial disclosures made under Rule 26(a), and will make their initial disclosures, if not already made, on or before **February 12, 2026**.  Initial disclosures will contain information and documents as required by Rule 26(a)(1).

b.      While the parties have differing views regarding the structure of discovery, i.e., whether written discovery should be conducted before depositions are taken, based on the Court's ruling in the First Scheduling Order, *see* ECF No. 28, at 5, the parties agree that they will meet and confer and then file appropriate motions if necessary, should any disputes between them arise.

c.      The parties have agreed that the inadvertent production of documents, materials or information that is privileged or otherwise protected from discovery should not

4

constitute a waiver of such privilege or protection, so long as the producing party took reasonable steps to prevent the disclosure; makes a written request for the return of the documents, material or information within a reasonable time after disclosure, and identifies in writing the grounds on which it asserts the information is privileged or otherwise protected.  The parties ask that the Court include this agreement in an order pursuant to Federal Rule of Evidence 502.

6.    In accordance with Fed. R. Civ. P. 5(b)(E), the following parties consent to service of documents in this matter by e-mail, delivered to the following e-mail address(es) for each party as shown below:

a.    For    Plaintiff:    shackett@sklar-law.com;    dbarney@sklar-law.com; jwaldman@sklar-law.com; juriostegui@sklar-law.com;

b.    For Shiva Prakash: shiva1863@gmail.com;

c.    For Hannah Dawn Prakash: hdplvs@gmail.com;

d.    For Vikhyat Prakash: shfamilybills@gmail.com;

e.    For Shivahi Prakash: theprakashfamilylv@gmail.com;

f.    For DGITK LLC: bkt@thorndal.com; jaa@thorndal.com; and

g.    For    James    P.    Chrisman    and    James    Chrisman,    P.C.: james@jameschrisman.com.

Respectfully submitted this 3rd day of February, 2026.

SKLAR WILLIAMS PLLC

*/s/ David B. Barney*_____          */s/ Shiva Prakash*_____
Stephen R. Hackett, Esq. (NBN: 5010)      Shiva Prakash
David B. Barney, Esq. (NBN: 14681)        *Pro Se Defendant*
410 S. Rampart Blvd., Suite 350
Las Vegas, NV 89145
*Attorneys for Plaintiff*
*CC Technology Corporation*

*/s/ Hannah Dawn Prakash*_____          */s/ Vikhyat Prakash*_____
Hannah Dawn Prakash                       Vikhyat Prakash
*Pro Se Defendant*                        *Pro Se Defendant*

/ / /

5

*/s/ Shivahi Prakash*_____
Shivahi Prakash
*Pro Se Defendant*


JAMES CHRISMAN, PC

*/s/ James P. Chrisman*_____
James P. Chrisman, Esq. (NBN: 2676)
PO Box 750939
Las Vegas, NV 89136
*Attorneys for Defendants*
*James P. Chrisman and James Chrisman, PC*

THORNDAL ARMSTRONG, PC

*/s/ Brian K. Terry*_____
Brian K. Terry, Esq. (NBN: 3171)
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
*Attorneys for Defendant*
*DGITK LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

6

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of February, 2026, a true and correct copy of the above and foregoing **SUPPLEMENTAL JOINT CONFERENCE REPORT UNDER RULE 26(f) AND AMENDED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** was filed electronically with the Clerk of the Court by submission to the electronic filing and service system (CM/ECF) at the United States District Court, District of Nevada.  CM/ECF will provide copies to all parties and counsel of record registered to receive CM/ECF notification.

*/s/ Jessica Uriostegui*_____
An employee of Sklar Williams PLLC

7