Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
         dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02123-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DGITK LLC ONLY WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, between Plaintiff CC Technology Corporation ("CCTC") and Defendant DGITK LLC ("DGITK"), by and through their respective counsel of record, that:

1.    All of the claims brought in this matter between CCTC, on the one hand, and DGITK, on the other hand, are dismissed, without prejudice; and

1

2.      That CCTC and DGITK shall each bear their own costs and attorney fees in connection with such claims.

IT IS SO STIPULATED.

Dated this 26th day of May, 2026.

SKLAR WILLIAMS PLLC

/s/ David B. Barney
Stephen R. Hackett, Esq.
Nevada Bar No. 5010
David B. Barney, Esq.
Nevada Bar No. 14681
410 South Rampart Blvd, Suite 350
Las Vegas, NV 89145
Attorneys for Plaintiff
CC Technology Corporation

Dated this 26th day of May, 2026.

THORNDAL ARMSTRONG, PC

/s/ Brian K. Terry
Brian K. Terry, Esq.
Nevada Bar No. 3171
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
Attorneys for Defendant
DGITK LLC

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

2