Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
        dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02123-JAD-BNW<br><br>**AMENDED STIPULATION AND ORDER FOR DISMISSAL OF DGITK LLC ONLY WITHOUT PREJUDICE**<br><br>ECF No. 43 |

IT IS HEREBY STIPULATED and AGREED, between Plaintiff CC Technology Corporation ("CCTC") and Defendant DGITK LLC ("DGITK"), by and through their respective counsel of record, that:

1.    All of the claims brought in this matter between CCTC, on the one hand, and DGITK, on the other hand, are dismissed, without prejudice; and

1

2.    That CCTC and DGITK shall each bear their own costs and attorney fees in connection with such claims.

IT IS SO STIPULATED.

Dated this 26th day of May, 2026.

SKLAR WILLIAMS PLLC

/s/ David B. Barney
Stephen R. Hackett, Esq.
Nevada Bar No. 5010
David B. Barney, Esq.
Nevada Bar No. 14681
410 South Rampart Blvd, Suite 350
Las Vegas, NV 89145
*Attorneys for Plaintiff*
*CC Technology Corporation*

Dated this 26th day of May, 2026.

THORNDAL ARMSTRONG, PC

/s/ Brian K. Terry
Brian K. Terry, Esq.
Nevada Bar No. 3171
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
*Attorneys for Defendant*
*DGITK LLC*

## ORDER

Based on the stipulation between Plaintiff CC Technology Corporation and Defendant DGITK LLC **[ECF No. 43]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Defendant DGITK LLC are DISMISSED without prejudice, each side to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE
6/3/26

2