# EXHIBIT 4

Declaration of Robert Lang

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
          dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02123-JAD-BNW<br><br>**DECLARATION OF ROBERT LANG IN SUPPORT OF PLAINTIFF CC TECHNOLOGY CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Robert Lang, declare as follows:

1.    I am the Chief Executive Officer of CC Technology Corporation ("CCTC"), the Plaintiff in the above-captioned lawsuit.  I make this Declaration in that capacity, and in support of CCTC's Motion for Partial Summary Judgment (the "Motion").

2.    I make this Declaration based upon my own personal knowledge, and if called upon

1

to testify to the matters set forth herein, I could and would competently do so.

3.      While the Settlement Agreement attached as Exhibit 3 to the Motion requires the "Counter-defendants" to make eight (8) Quarterly Payments of $123,250 to CCTC, beginning on April 1, 2025, CCTC has not received a single Quarterly Payment from the Counter-defendants, who are the Defendants in this case, to date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20th day of July, 2026.

/s/ Robert Lang_____
ROBERT LANG

2