# EXHIBIT 7

Defendant Shiva Prakash's Responses to CCTC's Requests for Admission

Shiva Prakash, Pro Se
2251 N. Rampart Blvd, Suite 325
Las Vegas, NV 89128
Email: shiva1863@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br>        Defendants | Case No.: **2:25-cv-02123-JAD-BNW**<br><br>**DEFENDANT SHIVA PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION** |

Defendant Shiva Prakash ("Respondent"), appearing pro se and responding **in his individual capacity only**, responds to Plaintiff's First Set of Requests for Admission as follows.

Respondent's responses are based on information presently known after reasonable inquiry.

Respondent reserves the right to supplement as appropriate.

**General Objections**

DEFENDANT SHIVA PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 1

1. Respondent objects to Plaintiff's definitions and instructions to the extent they purport to expand the term "You" to include "partners, agents, employees, accountants, counsel, trustees, and any other person or entity," because Respondent can only answer based on his own knowledge and information reasonably available to him, and because such definitions improperly broaden Respondent's responses beyond his individual capacity. Subject to this objection, Respondent responds below as to himself.

2. Respondent objects to each Request to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or other applicable privilege. No privileged information is waived.

3. Respondent objects to each Request to the extent it is vague, ambiguous, compound, or assumes facts not established. Subject to these objections, Respondent responds below.

**REQUEST NO. 1**

Admit that You signed the Settlement Agreement on Page 11 of 20, in the signature block stating "SHIVA PRAKASH, an individual".

**RESPONSE:** Admit.

**REQUEST NO. 2**

Admit that at the time You signed the Settlement Agreement, as indicated in Request No. 1 above, you were represented by an attorney.

**RESPONSE:** Admit.

**REQUEST NO. 3**

DEFENDANT SHIVA PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 2

Admit that You signed the Confession of Judgment attached as Exhibit B to the Settlement Agreement, in an individual capacity.

**RESPONSE:** Admit.

**REQUEST NO. 4**

Admit that You signed the Confession of Judgment on behalf of Capital Pure.

**RESPONSE:** Admit.

**REQUEST NO. 5**

Admit that at the time You signed the Confession of Judgment, as indicated in Request Nos. 3 and 4 above, you were represented by an attorney.

**RESPONSE:** Admit.

**REQUEST NO. 6**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on April 1, 2025.

**RESPONSE:** Admit.

**REQUEST NO. 7**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on July 1, 2025.

**RESPONSE:** Admit.

DEFENDANT SHIVA PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 3

**REQUEST NO. 8**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on October 1, 2025.

**RESPONSE:** Admit.

**REQUEST NO. 9**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on January 1, 2026.

**RESPONSE:** Admit.

**REQUEST NO. 10**

Admit that You have not made any Quarterly Payment owed to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit.

**REQUEST NO. 11**

Admit that You have not made any payment to CCTC under the terms of the Settlement Agreement, other than the "Initial Payment" of $14,000 and the $336,000 that was released to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit.

DEFENDANT SHIVA PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 4

**REQUEST NO. 12**

Admit that You are not aware of any Defendant making any Quarterly Payment owed to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Objection to the extent this Request calls for speculation regarding the actions of other Defendants beyond Respondent's personal knowledge. Subject to and without waiving this objection, Respondent admits based on information presently known after reasonable inquiry.

**REQUEST NO. 13**

Admit that You are not aware of any Defendant making any payment to CCTC under the terms of the Settlement Agreement, other than the "Initial Payment" of $14,000 and the $336,000 that was released to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Objection to the extent this Request calls for speculation regarding the actions of other Defendants beyond Respondent's personal knowledge. Subject to and without waiving this objection, Respondent admits based on information presently known after reasonable inquiry.

**REQUEST NO. 14**

Admit that You assisted in dissolving Capital Pure on or about April 10, 2025.

**RESPONSE:** Admit in part. Respondent admits that he authorized and directed steps to dissolve Capital Pure. Respondent denies that he personally prepared or filed dissolution paperwork, to the extent implied.

**REQUEST NO. 15**

DEFENDANT SHIVA PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 5

Admit that prior to Capital Pure's dissolution, you held the title of Chairman of Capital Pure.

**RESPONSE:** Admit.

**REQUEST NO. 16**

Admit that Capital Pure did not make any Quarterly Payment owed to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Objection to the extent this Request calls for speculation beyond Respondent's personal knowledge and to the extent it seeks a response on behalf of Capital Pure. Subject to and without waiving this objection, Respondent admits based on information presently known after reasonable inquiry.

**REQUEST NO. 17**

Admit that Capital Pure did not make any payment to CCTC under the terms of the Settlement Agreement, other than the "Initial Payment" of $14,000 and the $336,000 that was released to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Objection to the extent this Request calls for speculation beyond Respondent's personal knowledge and to the extent it seeks a response on behalf of Capital Pure. Subject to and without waiving this objection, Respondent admits based on information presently known after reasonable inquiry.

**REQUEST NO. 18**

Admit that You assisted in organizing DGITK, on or about April 14, 2025.

DEFENDANT SHIVA PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 6

**RESPONSE:** Admit in part. Respondent admits that he directed and authorized the formation of DGITK. Respondent denies that he personally prepared or filed the formation documents, to the extent implied.

Dated this 13th day of February, 2026.

/s/ Shiva Prakash

Shiva Prakash, Pro Se
2251 N. Rampart Blvd, Suite 325
Las Vegas, NV 89128
Email: shiva1863@gmail.com

DEFENDANT SHIVA PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 7

# CERTIFICATE OF SERVICE

I certify that on this 13th day of February, 2026, a copy of the foregoing was served by e-mail, pursuant to Fed. R. Civ. P. 5(b)(2)(E), upon the following persons at the e-mail addresses set forth below:

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
410 South Rampart Blvd., Ste 350
Las Vegas, Nevada 89145
Email: shackett@sklar-law.com
       dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

Hannah Prakash
Vikhyat Prakash
Shivahi Prakash
2251 N Rampart Blvd #325
Las Vegas, NV 89128
E-mail: hdplvs@gmail.com
E-mail: shfamilybills@gmail.com
E-mail: theprakashfamilylv@gmail.com
*Pro Se Defendants*

Brian K. Terry, Esq.
Jalene A. Anderson
Thorndal Armstrong, PC
600 S. Las Vegas Blvd, Suite 400
Las Vegas, NV 89101
E-mail: bkt@thorndal.com
       jaa@thorndal.com
*Attorneys for Defendant DGITK, LLC*

James P. Chrisman, Esq.
James Chrisman, PC
PO Box 750939

DEFENDANT SHIVA PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 8

Las Vegas, NV 89136
E-mail: james@jameschrisman.com
*Attorney for Defendants James P. Chrisman and James Chrisman, P.C.*

/s/ **Shiva Prakash**
*Pro Se Defendant*

DEFENDANT SHIVA PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 9