# EXHIBIT 8

Defendant Hannah Dawn Prakash's Responses to CCTC's Requests for Admission

Hannah Prakash, Pro Se
2251 N. Rampart Blvd, Suite 325
Las Vegas, NV 89128
Email: hdplvs@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants | Case No.: **2:25-cv-02123-JAD-BNW**<br><br><br>**DEFENDANT HANNAH DAWN PRAKASH'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION** |

     Defendant Hannah Dawn Prakash ("Respondent"), appearing pro se and responding **in her individual capacity only**, responds to Plaintiff's First Set of Requests for Admission as follows. These responses are based on information presently known after reasonable inquiry. Respondent reserves the right to supplement as appropriate.

**General Objections**

DEFENDANT HANNAH DAWN PRAKASH'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION - 1

1. Respondent objects to Plaintiff's definitions and instructions to the extent they purport to expand "You" to include "partners, agents, employees, accountants, counsel, trustees, and any other person or entity." Respondent answers only for herself and based on information reasonably available to her.

2. Respondent objects to each Request to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or other applicable privilege. No privilege is waived.

3. Respondent objects to each Request to the extent it is vague, ambiguous, compound, assumes facts not established, or seeks a legal conclusion or response beyond Respondent's personal knowledge or beyond Respondent's individual capacity. Subject to these objections, Respondent responds as follows.

**<u>RESPONSES</u>**

**REQUEST NO. 1**

Admit that You signed the Settlement Agreement on Page 11 of 20, in the signature block stating "HANNAH DAWN PRAKASH, an individual".

**RESPONSE:** Admit.


**REQUEST NO. 2**

Admit that at the time You signed the Settlement Agreement, as indicated in Request No. 1 above, you were represented by an attorney.

**RESPONSE:** Admit.

DEFENDANT HANNAH DAWN PRAKASH'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION - 2

**REQUEST NO. 3**

Admit that You signed the Settlement Agreement on Page 11 of 20, in the signature block stating "CAPITAL PURE ASSETS, LTD, a Nevada limited liability company".

**RESPONSE:** Admit.

**REQUEST NO. 4**

Admit that at the time You signed the Settlement Agreement, as indicated in Request No. 3 above, you were represented by an attorney.

**RESPONSE:** Admit.

**REQUEST NO. 5**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on April 1, 2025.

**RESPONSE:** Admit.

**REQUEST NO. 6**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on July 1, 2025.

**RESPONSE:** Admit.

**REQUEST NO. 7**

DEFENDANT HANNAH DAWN PRAKASH'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION - 3

Admit that You did not make the Quarterly Payment owed to CCTC that became due on October 1, 2025.

**RESPONSE:** Admit.

**REQUEST NO. 8**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on January 1, 2026.

**RESPONSE:** Admit.

**REQUEST NO. 9**

Admit that You have not made any Quarterly Payment owed to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit.

**REQUEST NO. 10**

Admit that You have not made any payment to CCTC under the terms of the Settlement Agreement, other than the "Initial Payment" of $14,000 and the $336,000 that was released to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit.

**REQUEST NO. 11**

DEFENDANT HANNAH DAWN PRAKASH'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION - 4

Admit that You are not aware of any Defendant making any Quarterly Payment owed to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit.

**REQUEST NO. 12**

Admit that You are not aware of any Defendant making any payment to CCTC under the terms of the Settlement Agreement, other than the "Initial Payment" of $14,000 and the $336,000 that was released to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit.

**REQUEST NO. 13**

Admit that You assisted in dissolving Capital Pure on or about April 10, 2025.

**RESPONSE:** Admit.

**REQUEST NO. 14**

Admit that prior to Capital Pure's dissolution, You were the sole owner of Capital Pure.

**RESPONSE:** Deny.

**REQUEST NO. 15**

Admit that as of the date Capital Pure filed its Articles of Dissolution, You were a Manager of Capital Pure.

**RESPONSE:** Admit.

DEFENDANT HANNAH DAWN PRAKASH'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION - 5

**REQUEST NO. 16**

Admit that as of the date Capital Pure filed its Articles of Dissolution, Shivahi was a Manager of Capital Pure.

**RESPONSE:** Admit.

**REQUEST NO. 17**

Admit that Capital Pure did not make any Quarterly Payment owed to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit.

**REQUEST NO. 18**

Admit that Capital Pure did not make any payment to CCTC under the terms of the Settlement Agreement, other than the "Initial Payment" of $14,000 and the $336,000 that was released to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit.

**REQUEST NO. 19**

Admit that You assisted in organizing DGITK, on or about April 14, 2025.

**RESPONSE:** Admit.

**REQUEST NO. 20**

DEFENDANT HANNAH DAWN PRAKASH'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION - 6

Admit that You are a Managing Member of DGITK.

**RESPONSE:** Admit.

Dated this 13th day of February, 2026.

/s/ Hannah Prakash

Hannah Prakash, Pro Se
2251 N. Rampart Blvd, Suite 325
Las Vegas, NV 89128
Email: hdplvs@gmail.com

DEFENDANT HANNAH DAWN PRAKASH'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION - 7

# CERTIFICATE OF SERVICE

I certify that on this 13th day of February, 2026, a copy of the foregoing was served by e-mail, pursuant to Fed. R. Civ. P. 5(b)(2)(E), upon the following persons at the e-mail addresses set forth below:

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
410 South Rampart Blvd., Ste 350
Las Vegas, Nevada 89145
Email: shackett@sklar-law.com
       dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

Shiva Prakash
Vikhyat Prakash
Shivahi Prakash
2251 N Rampart Blvd #325
Las Vegas, NV 89128
E-mail: shiva1863@gmail.com
E-mail: shfamilybills@gmail.com
E-mail: theprakashfamilylv@gmail.com
*Pro Se Defendants*

Brian K. Terry, Esq.
Jalene A. Anderson
Thorndal Armstrong, PC
600 S. Las Vegas Blvd, Suite 400
Las Vegas, NV 89101
E-mail: bkt@thorndal.com
       jaa@thorndal.com
*Attorneys for Defendant DGITK, LLC*

James P. Chrisman, Esq.
James Chrisman, PC
PO Box 750939
Las Vegas, NV 89136
E-mail: james@jameschrisman.com

DEFENDANT HANNAH DAWN PRAKASH'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION - 8

*Attorney for Defendants James P. Chrisman and James Chrisman, P.C.*

**/s/ Hannah Prakash**
*Pro Se Defendant*