# EXHIBIT 9

Defendant Vikhyat Prakash's Responses to CCTC's Requests
for Admission

Vikhyat Prakash, Pro Se
2251 N. Rampart Blvd, Suite 325
Las Vegas, NV 89128
Email: shfamilybills@gmail.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>         Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br>         Defendants | Case No.: 2:25-cv-02123-JAD-BNW<br><br><br>**DEFENDANT VIKHYAT PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION** |

Defendant Vikhyat Prakash ("Respondent"), appearing pro se and responding in his individual capacity only, responds to Plaintiff's First Set of Requests for Admission as follows. These responses are based on information presently known after reasonable inquiry. Respondent reserves the right to supplement as appropriate.

DEFENDANT VIKHYAT PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 1

## GENERAL OBJECTIONS

1. Respondent objects to Plaintiff's definitions and instructions to the extent they purport to expand "You" beyond Respondent in his individual capacity. Respondent answers only for himself and not on behalf of any other person or entity.

2. Respondent objects to each Request to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or other applicable privilege. No privilege is waived.

3. Respondent objects to each Request to the extent it is vague, ambiguous, compound, assumes facts not established, or seeks a response beyond Respondent's personal knowledge. Subject to these objections, Respondent responds as follows.

## RESPONSES

**REQUEST NO. 1**

Admit that You signed the Settlement Agreement on Page 11 of 20, in the signature block stating "VIKHYAT PRAKASH, an individual".

**RESPONSE:** Admit.

**REQUEST NO. 2**

Admit that at the time You signed the Settlement Agreement, as indicated in Request No. 1 above, you were represented by an attorney.

**RESPONSE:** Admit.

DEFENDANT VIKHYAT PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 2

**REQUEST NO. 3**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on April 1, 2025.

**RESPONSE:** Admit.

**REQUEST NO. 4**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on July 1, 2025.

**RESPONSE:** Admit.

**REQUEST NO. 5**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on October 1, 2025.

**RESPONSE:** Admit.

**REQUEST NO. 6**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on January 1, 2026.

**RESPONSE:** Admit.

**REQUEST NO. 7**

Admit that You have not made any Quarterly Payment owed to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit.

DEFENDANT VIKHYAT PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 3

**REQUEST NO. 8**

Admit that You have not made any payment to CCTC under the terms of the Settlement Agreement, other than the "Initial Payment" of $14,000 and the $336,000 that was released to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit.

**REQUEST NO. 9**

Admit that You are not aware of any Defendant making any Quarterly Payment owed to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit, based on information presently known after reasonable inquiry.

**REQUEST NO. 10**

Admit that You are not aware of any Defendant making any payment to CCTC under the terms of the Settlement Agreement, other than the "Initial Payment" of $14,000 and the $336,000 that was released to CCTC under the terms of the Settlement Agreement.

**RESPONSE:** Admit, based on information presently known after reasonable inquiry.

**REQUEST NO. 11**

Admit that You assisted in dissolving Capital Pure on or about April 10, 2025.

**RESPONSE:** Deny.

**REQUEST NO. 12**

Admit that prior to Capital Pure's dissolution, You held the title of Strategic Advisor for Capital Pure.

**RESPONSE:** Deny.

DEFENDANT VIKHYAT PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 4

**REQUEST NO. 13**

Admit that You assisted in organizing DGITK, on or about April 14, 2025.

**RESPONSE:** Objection. This Request is vague and ambiguous as to the phrase "assisted in organizing." Subject to and without waiving this objection, Respondent denies that he participated in forming DGITK, preparing or filing formation documents, or undertaking any governance, ownership, or management actions with respect to DGITK.

**REQUEST NO. 14**

Admit that You currently hold the role of Strategic Advisor for DGITK.

**RESPONSE:** Deny that Respondent holds any formally appointed governance, ownership, or management role with DGITK.

Dated this 13th day of February, 2026.

/s/ Vikhyat Prakash

Vikhyat Prakash, Pro Se
2251 N. Rampart Blvd, Suite 325
Las Vegas, NV 89128
Email: shfamilybills@gmail.com

DEFENDANT VIKHYAT PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 5

# CERTIFICATE OF SERVICE

I certify that on this 13th day of February, 2026, a copy of the foregoing was served by e-mail, pursuant to Fed. R. Civ. P. 5(b)(2)(E), upon the following persons at the e-mail addresses set forth below:

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
410 South Rampart Blvd., Ste 350
Las Vegas, Nevada 89145
Email: shackett@sklar-law.com
         dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

Hannah Prakash
Shiva Prakash
Shivahi Prakash
2251 N Rampart Blvd #325
Las Vegas, NV 89128
E-mail: hdplvs@gmail.com
E-mail: shiva1863@gmail.com
E-mail: theprakashfamilylv@gmail.com
*Pro Se Defendants*

Brian K. Terry, Esq.
Jalene A. Anderson
Thorndal Armstrong, PC
600 S. Las Vegas Blvd, Suite 400
Las Vegas, NV 89101
E-mail: bkt@thorndal.com
         jaa@thorndal.com
*Attorneys for Defendant DGITK, LLC*

James P. Chrisman, Esq.
James Chrisman, PC
PO Box 750939

DEFENDANT VIKHYAT PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 6

Las Vegas, NV 89136
E-mail: james@jameschrisman.com
*Attorney for Defendants James P. Chrisman and James Chrisman, P.C.*

*/s/ Vikhyat Prakash*
*Pro Se Defendant*

DEFENDANT VIKHYAT PRAKASH'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION - 7