# EXHIBIT 10

Defendant James P. Chrisman's Responses to CCTC's Interrogatories

James P. Chrisman, Esq.
Nevada Bar No.: 2676
JAMES CHRISMAN PC
PO Box 750939
Las Vegas, Nevada 89136
Telephone: (702) 308-8288
*Attorneys for Defendants*
*James P. Chrisman & James Chrisman PC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>    Defendants. | 2:25:cv-02123-JAD-BNW<br><br>**DEFENDANT JAMES P. CHRISMAN'S ANSWERS TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF INTERROGATORIES** |

Comes now, Defendant James P. Chrisman ("JPC") and only JPC in his individual capacity, to answer Plaintiff's Interrogatories as follows:

**INTERROGATORY NO. 1:**

Please identify each and every payment You have made to CCTC, pursuant to the terms of the Settlement Agreement including, with respect to each payment, (a) the amount, (b) the date of payment, (c) the method of payment, and (d) for any check or electronic payment, the number of the check or confirmation number for the electronic payment.

**ANSWER BY JPC:**

JPC has not made any payment to CCTC.

**INTERROGATORY NO. 2:**

Please identify each and every payment Chrisman, P.C. has made to CCTC, pursuant to the terms of the Settlement Agreement including, with respect to each payment, (a) the amount, (b) the date of payment, (c) the method of payment, and (d) for any check or electronic payment, the number of the check or confirmation number for the electronic payment.

**ANSWER BY JPC:**

JPC is not aware of any such payment to CCTC made by Chrisman, P.C.

**INTERROGATORY NO. 3:**

If Your response to Request for Admission No. 4, served contemporaneously with these requests, is anything other than an unequivocal admission, please describe in detail all facts upon which You rely for Your response.

**ANSWER BY JPC:**

Noting for clarification that all of said Responses were made by JPC, and only by JPC in his individual capacity, pursuant to the following set forth in said responses and that this will be a foundation of the remaining answers regarding said Responses:

**"OBJECTIONS AS TO DEFINITIONS A & F.**

Said definitions are compound, vague, ambiguous and an improper attempt to commingle discovery, litigation processes and specific admissions of two entirely separate parties in this litigation. JPC in his *individual capacity* and *only* in his *individual capacity* will respond in accordance with the terms pursuant to their ordinary parlance and grammatical structure and by no means shall the responses be the foundation of piercing the Corporate Veil of Defendant James Chrisman P.C. who is not subject to these Requests for Admission. "

And further noting and for clarification, the response by JPC to REQUEST No. 4 was

"**Response:** Request No. 3 above was denied, thus this Request is likewise **DENIED."**

Thus, the answer to this interrogatory is that the facts supporting the response are that the basis of said request were denied.

**INTERROGATORY NO. 4:**

If Your response to Request for Admission No. 6, served contemporaneously with these requests, is anything other than an unequivocal admission, please describe in detail all facts upon which You rely for Your response.

**ANSWER BY JPC:**

Noting the clarification regarding Responses made above by JPC and only JPC, and further noting and for clarification, the response by JPC to REQUEST No. 6 was "**Response:** Request No. 3 above was denied, thus this Request is likewise **DENIED."**  The answer to this interrogatory is that the facts supporting the response are that the basis of said request were denied.

**INTERROGATORY NO. 5:**

If Your response to Request for Admission No. 8, served contemporaneously with these requests, is anything other than an unequivocal admission, please describe in detail all facts upon which You rely for Your response.

**ANSWER BY JPC:**

Noting the clarification regarding Responses made above by JPC and only JPC, and further noting and for clarification, the response by JPC to REQUEST No. 8 was "**Response:** Request No. 3 above was denied, thus this Request is likewise **DENIED."**  The answer to this interrogatory is that the facts supporting the response are that the basis of said request were denied.

**INTERROGATORY NO. 6:**

If Your response to Request for Admission No. 19, served contemporaneously with these requests, is anything other than an unequivocal admission, please describe in detail all facts upon which You rely for Your response.

**ANSWER BY JPC:**

Noting the clarification regarding Responses made above by JPC and only JPC, and further noting and for clarification, the response by JPC to REQUEST No. 19 was

"**Response:** Request No. 3 above was denied, thus this Request is likewise **DENIED."**  The answer to this interrogatory is that the facts supporting the response are that the basis of said request were denied. However, the answer to this interrogatory was already answered to No. 1, above.

**INTERROGATORY NO. 7:**

If Your response to Request for Admission No. 20, served contemporaneously with these requests, is anything other than an unequivocal admission, please describe in detail all facts upon which You rely for Your response.

**ANSWER BY JPC:**

Noting the clarification regarding Responses made above by JPC and only JPC, and further noting and for clarification, the response by JPC to REQUEST No. 20 was "**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED."** However, the answer to this interrogatory was already answered in No. 2, above.

**INTERROGATORY NO. 8:**

If Your response to Request for Admission No. 23, served contemporaneously with these requests, is anything other than an unequivocal admission, please describe in detail all facts upon which You rely for Your response.

**ANSWER BY JPC:**

Noting the clarification regarding Responses made above by JPC and only JPC, and further noting and for clarification, the response by JPC to REQUEST No. 23 was "**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED."** However, the answer to this interrogatory was already answered in No.1 and 2, above.

**INTERROGATORY NO. 9:**

If Your response to Request for Admission No. 24, served contemporaneously with these requests, is anything other than an unequivocal admission, please describe in detail all facts upon which You rely for Your response.

**ANSWER BY JPC:**

Noting the clarification regarding Responses made above by JPC and only JPC, and further noting and for clarification, the response by JPC to REQUEST No. 24 was "**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED."** However, the answer to this interrogatory was already answered in No.1 and 2, above.

**INTERROGATORY NO. 10:**

If Your response to Request for Admission No. 25, served contemporaneously with these requests, is anything other than an unequivocal admission, please describe in detail all facts upon which You rely for Your response.

**ANSWER BY JPC:**

Noting the clarification regarding Responses made above by JPC and only JPC, and further noting and for clarification, the response by JPC to REQUEST No. 25 was "**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent and this Respondent specifically did not act in his individual capacity on said date and time, thus the entirety of this Request is likewise **DENIED."** However, JPC further answers that on behalf of Chrisman, P.C. and in his official capacity for Chrisman, P.C., said payment was delivered from Defendant Shiva Prakash as a professional courtesy for him, the Plaintiff and to Plaintiff's counsel.

Dated this 16th Day of March 2026.

**JAMES CHRISMAN, P.C.**

_Jas P. Chrisman_
JAMES P. CHRISMAN, ESQ.
Nevada Bar #002676
JAMES CHRISMAN, PC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of March 2026, a true and correct copy of the above and foregoing DEFENDANT JAMES P. CHRISMAN'S ANSWERS TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF INTERROGATORIES was served by e-mail, pursuant to Fed. R. Civ. P. 5(b)(2)(E), upon the following persons at the e-mail addresses set forth below:

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Blvd, Ste 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: shackett@sklar-law.com
dbarney@sklar-law.com
Attorneys for Plaintiff
*CC Technology Corporation*

Brian K. Terry, Esq.
Jalene A. Anderson
Thorndal Armstrong, PC
600 S. Las Vegas Blvd, Ste 400
Las Vegas, NV 89101
E-mail: bkt@thorndal.com
      jaa@thorndal.com
*Attorneys for Defendant DGITK, LLC*

Shiva Prakash
Hannah Dawn Prakash
Vikhyat Prakash
Shivahi Prakash
2251 N. Rampart Blvd, Ste 325
Las Vegas, NV 89128
E-mail: shiva1863@gmail.com
E-mail: hdplvs@gmail.com
E-mail: shfamilybills@gmail.com
E-mail: theprakashfamilylv@gmail.com
*Pro Se Defendants*

Dated this 6th day of February 2026

_Jas P. Chrisman_

James P. Chrisman, Esq
For James Chrisman P.C.