# EXHIBIT 11

Defendant James P. Chrisman's Responses to CCTC's Requests
for Admission

James P. Chrisman, Esq.
Nevada Bar No.: 2676
JAMES CHRISMAN PC
PO Box 750939
Las Vegas, Nevada 89136
Telephone: (702) 308-8288
*Attorneys for Defendants*
*James P. Chrisman & James Chrisman PC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | 2:25:cv-02123-JAD-BNW<br><br>**DEFENDANT JAMES P. CHRISMAN'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION** |

Defendant James P. Chrisman ("JPC") and only JPC in his individual capacity, responds to Plaintiff's Requests for Admissions as follows:

**OBJECTIONS AS TO DEFINITIONS A & F.**

Said definitions are compound, vague, ambiguous and an improper attempt to commingle discovery, litigation processes and specific admissions of two entirely separate parties in this litigation. JPC in his *individual capacity* and *only* in his *individual capacity* will respond in accordance with the terms pursuant to their ordinary parlance and grammatical structure and by no means shall the responses be the foundation of piercing the Corporate Veil of Defendant James Chrisman P.C. who is not subject to these Requests for Admission.

**REQUEST NO. 1:**

Admit that You signed the Settlement Agreement on Page 12 of 20 (as indicated in blue text at the top of the page), in the signature block stating "JAMES P. CHRISMAN, an individual".

**Response: ADMIT that is my signature. DENY that is the document I signed.**

**REQUEST NO. 2:**

Admit that at the time You signed the Settlement Agreement, as indicated in Request No. 1 above, You were represented by an attorney.

**Response: ADMIT.**

**REQUEST NO. 3:**

Admit that You signed the Settlement Agreement on Page 12 of 20 (as indicated in blue text at the top of the page), in the signature block stating "JAMES CHRISMAN, P.C., a Nevada professional corporation".

**Response: DENY.**

**REQUEST NO. 4:**

Admit that at the time You signed the Settlement Agreement, as indicated in Request No. 3 above, Chrisman, P.C. was represented by an attorney.

**Response:** Request No. 3 above was denied, thus this Request is likewise **DENIED.**

**REQUEST NO. 5:**

Admit that You are currently the sole shareholder (*i.e.*, owner) of James Chrisman, P.C., a Nevada professional corporation.

**Response: ADMIT.**

**REQUEST NO. 6:**

Admit that at the time You signed the Settlement Agreement, as indicated in Request No. 3 above, You were the sole shareholder (i.e., owner) of James Chrisman, P.C., a Nevada professional corporation.

**Response:** Request No. 3 above was denied, thus this Request is likewise **DENIED.**

**REQUEST NO. 7:**

Admit that You are currently the President of James Chrisman, P.C., a Nevada professional corporation.

**Response: ADMIT.**

**REQUEST NO. 8:**

Admit that at the time You signed the Settlement Agreement, as indicated in Request No. 3 above, You were the President of James Chrisman, P.C., a Nevada professional corporation.

**Response:** Request No. 3 above was denied, thus this Request is likewise **DENIED.**

**REQUEST NO. 9:**

Admit that You are currently the sole Director of James Chrisman, P.C., a Nevada professional corporation.

**Response: ADMIT.**

**REQUEST NO. 10:**

Admit that at the time You signed the Settlement Agreement, as indicated in Request No. 3 above, You were the sole Director of James Chrisman, P.C., a Nevada professional

corporation.

**Response:** Request No. 3 above was denied, thus this Request is likewise **DENIED.**

**REQUEST NO. 11:**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on April 1, 2025. For purposes of these Requests, the term "Quarterly Payment" has the meaning given in Section 2(c) of the Settlement Agreement.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 12:**

Admit that Chrisman, P.C. did not make the Quarterly Payment owed to CCTC that became due on April 1, 2025.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 13:**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on July 1, 2025.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 14:**

Admit that Chrisman, P.C. did not make the Quarterly Payment owed to CCTC that became due on July 1, 2025.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus

the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 15:**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on October 1, 2025.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 16:**

Admit that Chrisman, P.C. did not make the Quarterly Payment owed to CCTC that became due on October 1, 2025.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 17:**

Admit that You did not make the Quarterly Payment owed to CCTC that became due on January 1, 2026.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 18:**

Admit that Chrisman, P.C. did not make the Quarterly Payment owed to CCTC that became due on January 1, 2026.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 19:**

Admit that You have not made any Quarterly Payment owed to CCTC under the terms of the Settlement Agreement.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 20:**

Admit that Chrisman, P.C. has not made any Quarterly Payment owed to CCTC under the terms of the Settlement Agreement.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 21:**

Admit that You have not made any payment to CCTC under the terms of the Settlement Agreement, other than the "Initial Payment" of $14,000 and the $336,000 that was released to CCTC under the terms of the Settlement Agreement.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 22:**

Admit that Chrisman, P.C. has not made any payment to CCTC under the terms of the Settlement Agreement, other than the "Initial Payment" of $14,000 and the $336,000 that was released to CCTC under the terms of the Settlement Agreement.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 23:**

Admit that You are not aware of any of the Defendants making any Quarterly Payment owed to CCTC under the terms of the Settlement Agreement.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 24:**

Admit that You are not aware of any of the Defendants making any payment to CCTC under the terms of the Settlement Agreement, other than the "Initial Payment" of $14,000 and the $336, 000 that was released to CCTC under the terms of the Settlement Agreement.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent, thus the entirety of this Request is likewise **DENIED.**

**REQUEST NO. 25:**

Admit that on or about July 7, 2025, You delivered cash in the amount of $9,527.89 to CCTC's counsel, to pay the attorney fees ordered to be paid to CCTC in the case styled Capital Pure Assets, Ltd. v. CC Technology Corporation, et al., Case No. 2:24-cv-00680-NJK, in the United States District Court for the District of Nevada.

**Response:** It is specifically **DENIED** that any such payment was owed by this Respondent and this Respondent specifically did not act in his individual capacity on said date and time, thus the entirety of this Request is likewise **DENIED.**

Dated this 6th Day of February 2026.

                                        **JAMES CHRISMAN, P.C.**


                                        _____
                                        JAMES P. CHRISMAN, ESQ.
                                        Nevada Bar #002676
                                        JAMES CHRISMAN, PC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of February 2026, a true and correct copy of the above and foregoing DEFENDANT JAMES P. CHRISMAN'S RESPONSES TO PLAINTIFF CC TECHNOLOGY CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION was served by e-mail, pursuant to Fed. R. Civ. P. 5(b)(2)(E), upon the following persons at the e-mail addresses set forth below:

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Blvd, Ste 350
 Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: shackett@sklar-law.com
dbarney@sklar-law.com
Attorneys for Plaintiff
*CC Technology Corporation*

Shiva Prakash
Hannah Dawn Prakash
Vikhyat Prakash
Shivahi Prakash
2251 N. Rampart Blvd, Ste 325
Las Vegas, NV 89128
E-mail: shiva1863@gmail.com
E-mail: hdplvs@gmail.com
E-mail: shfamilybills@gmail.com
E-mail: theprakashfamilylv@gmail.com
*Pro Se Defendants*

 Brian K. Terry, Esq.
 Jalene A. Anderson
 Thorndal Armstrong, PC
 600 S. Las Vegas Blvd, Ste 400
 Las Vegas, NV 89101
 E-mail: bkt@thorndal.com
        jaa@thorndal.com
*Attorneys for Defendant DGITK, LLC*

Dated this 6th day of February 2026

_____

James P. Chrisman, Esq
For James Chrisman P.C.