# EXHIBIT 12

Declaration of David B. Barney, Esq.

Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
        dbarney@sklar-law.com
*Attorneys for Plaintiff*
*CC Technology Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CC TECHNOLOGY CORPORATION, a Colorado corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>SHIVA PRAKASH, an individual; HANNAH DAWN PRAKASH, in an individual capacity and as Trustee of Capital Pure Assets, Ltd, a dissolved Nevada limited liability company; SHIVAHI PRAKASH, as Trustee of Capital Pure Assets, LTD, a dissolved Nevada limited liability company; VIKHYAT PRAKASH, an individual; DGITK LLC, a Delaware limited liability company; JAMES CHRISMAN, P.C., a Nevada professional corporation; JAMES P. CHRISMAN, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:25-cv-02123-JAD-BNW<br><br><br>**DECLARATION OF DAVID B. BARNEY, ESQ. IN SUPPORT OF PLAINTIFF CC TECHNOLOGY CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, David B. Barney, Esq., declare as follows:

1.      I am an attorney duly licensed to practice law in the State of Nevada.  I am a member of the law firm Sklar Williams PLLC ("SW"), counsel of record for Plaintiff CC Technology Corporation ("CCTC") in the above-captioned matter.  I make this Declaration in that capacity, and in support of CCTC's Motion for Partial Summary Judgment (the "Motion").

1

2.    I make this Declaration based upon my own personal knowledge, and if called upon to testify to the matters set forth herein, I could and would competently do so.

3.    On April 2, 2025, SW sent to a Notice of Default to Shiva Prakash and Capital Pure Assets, Ltd. (the "Notice of Default"), in accordance with the terms of the Mutual Release and Settlement Agreement attached to the Motion as Exhibit 3.  A true and correct copy of the Notice of Default is attached to the Motion as **Exhibit 13**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated this 20th day of July, 2026.

 _/s/ David B. Barney_____
DAVID B. BARNEY, ESQ.

2