# EXHIBIT 13

Notice of Default

## SKLAR WILLIAMS

—— PLLC ——

LAW OFFICES
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
(702) 360-6000 • Fax: (702) 360-0000
E-Mail: shackett@sklar-law.com

April 2, 2025

**Via Certified Mail and E-mail**

Capital Pure Assets, Ltd.
Attn: Shiva Prakash
2251 N. Rampart Blvd., Suite #325
Las Vegas, NV 89128
Email: chairman@capitalpureassets.com

with a copy to:

Hutchison & Steffen, PLLC
Attn: Piers R. Tueller, Esq.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Email: ptueller@hutchlegal.com

James P. Chrisman, Esq.
8924 Spanish Ridge Ave
Las Vegas, NV 89148
Email: james@jameschrisman.com

with a copy to:

Hutchison & Steffen, PLLC
Attn: Piers R. Tueller, Esq.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Email: ptueller@hutchlegal.com

RE:    **NOTICE OF DEFAULT**

TO:    **Capital Pure Assets, Ltd., Shiva Prakash, Hannah Prakash, Vikhyat Prakash, James Chrisman, P.C. and James P. Chrisman (collectively, the "Counter-defendants")**

Please be advised that the Counter-defendants are in default of that certain Mutual Release and Settlement Agreement, executed by the Parties (the "Agreement").[1] Pursuant to the Agreement, a Quarterly Payment in the amount of $123,250.00 was due to CC Technology Corporation ("CCTC") on or before April 1, 2025.

CCTC has not received the April 1, 2025, Quarterly Payment and the thirty (30) calendar day Cure Period is now in effect under the Agreement.

CCTC expressly reserves all its rights and remedies.

Sincerely,

SKLAR WILLIAMS PLLC

Stephen R. Hackett
*Attorneys for CCTC*

Cc:   Robert P. Lang

---

[1]    Capitalized terms not defined herein shall have the meanings given to them in the Agreement.